United States District Court
Office of the Clerk
1101 Court Street, Suite A-66
Lynchburg, VA 24504

Julia C. Dudley,  
Clerk

(434) 847-5722  
(434) 847-2002 FAX

March 22, 2010

Bevin Ray Alexander, Jr., Esq.
1045 Cottontown Road
Lynchburg, VA. 24503

Gary M. Coates, Esq.
2104 Langhorne Road
Lynchburg, VA. 24501

Re: Civil Action No. 6:02CV00049
    Babcock & Wilcox Canada Ltd. vs. BWX Technologies, Inc., et al

Dear Counsel:

The exhibits filed on behalf of your client, if any, at the Court Trial held on October 10, 2002 and October 21-21, 2002, in the above-styled action will be destroyed by order of this Court unless picked up by you or your designee within thirty (30) days from this date.

Sincerely,

JULIA C. DUDLEY, CLERK

By: *[signature]*
Deputy Clerk

Attachment: Exhibit and Witness List dated 10/10/02; 10/21-22/02

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Western District of Virginia

**EXHIBIT AND WITNESS LIST**

BABCOCK & WILCOX CANADA LTD. ET AL  v.  FRAMATOME USA INC. ET AL

CASE NUMBER: 6:02CV00049

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Norman K. Moon | Jeffrey Sherwood | Thomas Buchanan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| hrg. 10/10/02; 10/21-22/02 | Donna Dratwa | Carolyn Proffitt |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
| 1 | | 10/10/02 | X | X | Letter of intent dated 3-18-02 | |
| 2 | | " | X | X | Fixed Services Agreement | |
| 3 | | " | X | X | "Nucleonics Week" Article 8-8-02 | |
| 4 | | " | X | X | Letter dtd. 10-8-89 to Stephen J. Canner fr. B & W Law Dept. | |
| 5 | | " | X | X | Excerpt - Tube Test Research Report CONFIDENTIAL | |
| 6 | | " | X | X | Component Design Drawing CONFIDENTIAL | |
| 7 | | " | X | X | Research Center Report 8-1-69 CONFIDENTIAL | |
| 8 | | " | X | X | Oconee 1, 2 & 3 Replacement OTSG | Klarner |
| 9 | | " | X | X | Packet of Patents including diagrams, etc. | " |
| 10 | | " | X | X | Drawing No. 135022E - Longitudinal Section Thru Steam Generator CONFIDENTIAL | " |
| 11 | | " | X | X | Drawing No. 143283E - Steam Generator CONFIDENTIAL | " |
| 12 | | 10/21/02 | X | X | Babcock & Wilcox Detailed Drawing OTSG | Parece |
| 13 | | " | X | X | Framatome Drawing | " |
| 14 | A & B | " | X | X | Overlays (2) | " |
| 15 | | " | X | X | Partial listing of 19 & 37 - Tube Test Reports | " |
| 16 | | " | X | X | Sheet from Website - 2/18/02 | " |
| | 1 | " | X | X | 12/3/91 BWNS Coordination Agreement CONFIDENTIAL | " |
| | 2 | " | X | X | (BAW 10002) OTSG Research & Development Report | " |
| | 3 | " | X | X | OTSG & EOTSG Orifice Plate Pressure Drop CONFIDENTIAL | " |
| | 4 | " | X | X | Comparison of Materials | " |
| 17 | | 10/22/02 | X | X | Babcock & Wilcox Contract Page 15-5 | " |
| 18 | | " | X | X | Letter dtd. 9/18/02 fr. Sherwood to Buchanan | " |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)                EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | | |
|---|---|---|---|---|---|---|
| BABCOCK & WILCOX CANADA LTD. ET AL | | | V. | FRAMATOME USA INC. ET AL | CASE NUMBER: | 6:02CV00049 |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
| | 5 | 10/22/02 | X | No | Comparison (Table) of OTSG&EOTSG CONFIDENTIAL | Parece |
| | 6 | " | X | No | Steam Generator Information References | " |
| | 7 | " | X | X | Letter dtd. 9/23/02 fr. Buchanan to Sherwood | " |
| 19 | | " | X | X | Photographs | Smith |
| 20 | | " | X | X | Letter dtd. 4/9/98 fr. Smith to Link | " |
| 21 | | " | X | X | General Conditions of Contract | " |
| 22 | | " | X | X | E-Mail from Linda Ivy | " |
| 23 | | " | X | X | Letter dtd. 2/15/02 from Bloom to B&W Canada | " |
| 24 | | " | X | X | Letter dtd. 2/26/02 to Bloom fr. B&W Canada | " |
| 25 | | " | X | X | Working Agreement for Duke Oconee OTSG Bid | " |
| 26 | | " | X | X | Licensing Agreement-B&W Co. & B&W Nuclear Svc.Co. | " |
| 27 | | " | X | X | Letter dtd. 9/18/02 fr. Jeffrey Sherwood to Jay Silberg | ----- |
| 28 | | 11/12/02 | X | | Agreement | --- |
| | 8 | 10/12/02 | X | X | Licensee Duke Energy Corporation | --- |

Pltfs' Exh. 28 + Defts' Exh. 8 adm. pursuant to Court order of 2/13/03.