UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 27 2011
JULIA C. DUDLEY, CLERK
BY: /s/ Fay Coleman
DEPUTY CLERK

**BABCOCK & WILCOX CANADA, LTD., et al.**

v.                                          CASE NO. 6:02CV00049

**FRAMATOME ANP, INC., et al.**

### RETURN OF EVIDENCE

Custody of the following exhibit(s) presented at the court trial on Oct. 10, 21, 22, 2002, and Nov. 12, 2002, was assumed by

_Kevin R. Alexander, Jr_ on _27 Apr 2011_ :
(Printed Name)                                (Date)


PLAINTIFFS' EXHIBIT 1 through 28


Signed: _/s/ Kevin R. Alexander, Jr_
            Attorney or Case Agent

Signed: _/s/ Fay Coleman_
            Deputy Clerk