AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Western District of Virginia

| BABCOCK & WILCOX CANADA LTD. ET AL | V. | FRAMATOME USA INC. ET AL | EXHIBIT AND WITNESS LIST CASE NUMBER: 6:02CV00049 |
|---|---|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Norman K. Moon | Jeffrey Sherwood | Thomas Buchanan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| hrg. 10/10/02; 10/21-22/02 | Donna Dratwa | Carolyn Proffitt |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
| 1 | | 10/10/02 | X | X | Letter of intent dated 3-18-02 | |
| 2 | | " | X | X | Fixed Services Agreement | |
| 3 | | " | X | X | "Nucleonics Week" Article 8-8-02 | |
| 4 | | " | X | X | Letter dtd. 10-8-89 to Stephen J. Canner fr. B & W Law Dept. | |
| 5 | | " | X | X | Excerpt - Tube Test Research Report CONFIDENTIAL | |
| 6 | | " | X | X | Component Design Drawing CONFIDENTIAL | |
| 7 | | " | X | X | Research Center Report 8-1-69 CONFIDENTIAL | |
| 8 | | " | X | X | Oconee 1, 2 & 3 Replacement OTSG | Klarner |
| 9 | | " | X | X | Packet of Patents including diagrams, etc. | " |
| 10 | | " | X | X | Drawing No. 135022E - Longitudinal Section Thru Steam Generator CONFIDENTIAL | " |
| 11 | | " | X | X | Drawing No. 143283E - Steam Generator CONFIDENTIAL | " |
| 12 | | 10/21/02 | X | X | Babcock & Wilcox Detailed Drawing OTSG | Parece |
| 13 | | " | X | X | Framatome Drawing | " |
| 14 | A&B | " | X | X | Overlays (2) | " |
| 15 | | " | X | X | Partial listing of 19 & 37 - Tube Test Reports | " |
| 16 | | " | X | X | Sheet from Website - 2/18/02 | " |
| | 1 | " | X | X | 12/3/91 BWNS Coordination Agreement CONFIDENTIAL | " |
| | 2 | " | X | X | (BAW 10002) OTSG Research & Development Report | " |
| | 3 | " | X | X | OTSG & EOTSG Orifice Plate Pressure Drop CONFIDENTIAL | " |
| | 4 | " | X | X | Comparison of Materials | " |
| 17 | | 10/22/02 | X | X | Babcock & Wilcox Contract Page 15-5 | " |
| 18 | | " | X | X | Letter dtd. 9/18/02 fr. Sherwood to Buchanan | " |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)                    EXHIBIT AND WITNESS LIST - CONTINUATION

BABCOCK & WILCOX CANADA LTD. ET AL    V.    FRAMATOME USA INC. ET AL         CASE NUMBER:  6:02CV00049

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
|  | 5 | 10/22/02 | X | No | Comparison (Table) of OTSG&EOTSG CONFIDENTIAL | Parece |
|  | 6 | " | X | No | Steam Generator Information References | " |
|  | 7 | " | X | X | Letter dtd. 9/23/02 fr. Buchanan to Sherwood | " |
| 19 |  | " | X | X | Photographs | Smith |
| 20 |  | " | X | X | Letter dtd. 4/9/98 fr. Smith to Link | " |
| 21 |  | " | X | X | General Conditions of Contract | " |
| 22 |  | " | X | X | E-Mail from Linda Ivy | " |
| 23 |  | " | X | X | Letter dtd. 2/15/02 from Bloom to B&W Canada | " |
| 24 |  | " | X | X | Letter dtd. 2/26/02 to Bloom fr. B&W Canada | " |
| 25 |  | " | X | X | Working Agreement for Duke Oconee OTSG Bid | " |
| 26 |  | " | X | X | Licensing Agreement-B&W Co. & B&W Nuclear Svc.Co. | " |
| 27 |  | " | X | X | Letter dtd. 9/18/02 fr. Jeffrey Sherwood to Jay Silberg | ----- |
| 28 |  | 11/12/02 | X |  | Agreement | — |
|  | 8 | 10/12/02 | X | X | Licensee Duke Energy Corporation | — |

Pltfs' Exh. 28 +
Defts' Exh. 8 adm.
pursuant to
Court order of
2/13/03